UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN INGALLS JR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:23-cv-00221-MPB-MG ) |
| CENTURION HEALTH OF INDIANA, LLC., et al., | ) ) ) ) |
| Defendants. | ) |

# FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice for failure to prosecute.

Date: July 14, 2023

*Matthew P. Brookman*
Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Tricia M. Blanford*
Deputy Clerk, U.S. District Court

Distribution:

STEVEN INGALLS JR
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only